# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00641-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO.  03-11-00642-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
### REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties.  We conclude that the district court erred in part.  We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim.  We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**.  We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

## NO. 03-11-00643-CV

### Vista Medical Center Hospital, Appellant

### v.

### Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00742-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00743-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00744-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART;**
**REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00745-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
### REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00746-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
### REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00747-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 6, 2013

---

### NO. 03-11-00748-CV

---

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 6, 2013

---

### NO. 03-11-00749-CV

---

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 6, 2013

---

### NO. 03-11-00750-CV

---

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00751-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00752-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00753-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART;**
**REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 6, 2013

---

### NO. 03-11-00754-CV

---

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART;**
**REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 6, 2013

---

### NO. 03-11-00755-CV

---

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00756-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
### REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00757-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00758-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00759-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

## NO. 03-11-00760-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
### REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 6, 2013

---

### NO. 03-11-00761-CV

---

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART;**
**REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 6, 2013

---

### NO. 03-11-00762-CV

---

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00763-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00764-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00765-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00766-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
### REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 6, 2013

---

### NO. 03-11-00767-CV

---

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00768-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00769-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART;**
**REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

## NO. 03-11-00770-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

## APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
## AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
## REVERSED AND REMANDED IN PART --
## OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

## NO. 03-11-00771-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00772-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00773-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 6, 2013

---

### NO. 03-11-00774-CV

---

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART;**
**REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

## NO. 03-11-00775-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

## NO. 03-11-00776-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART;**
**REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00777-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00778-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO.  03-11-00779-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART;**
**REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties.  We conclude that the district court erred in part.  We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim.  We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**.  We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

### NO. 03-11-00780-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 6, 2013

---

### NO. 03-11-00781-CV

---

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART;**
**REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 6, 2013

---

### NO. 03-11-00782-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

---

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

## NO. 03-11-00783-CV

### Vista Medical Center Hospital, Appellant

### v.

### Texas Mutual Insurance Company, Appellee

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
### REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

## NO. 03-11-00784-CV

**Vista Medical Center Hospital, Appellant**

**v.**

**Texas Mutual Insurance Company, Appellee**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
### REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

## NO. 03-11-00785-CV

Vista Medical Center Hospital, Appellant

v.

Texas Mutual Insurance Company, Appellee

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
### REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE PEMBERTON

This cause was heard on the transcript of the record and arguments of the parties. We conclude that the district court erred in part. We therefore order that the portion of the district court's judgment awarding monetary relief to Texas Mutual is **reversed** and we **render** judgment that Texas Mutual take nothing on that claim. We find no error in the remainder of the judgment reversing the administrative order and remanding Vista's claims for stop-loss reimbursement to the Division for further proceedings and we therefore order the remainder of the judgment **affirmed**. We **remand** Texas Mutual's remaining alternative constitutional and statutory claims to the district court for further proceedings consistent with our opinion.

We **order** that each party pay the costs of the appeal incurred by that party, both in this Court and the court below.

We further **order** that this decision be certified below for observance.